1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11 EUGENE ALLEN DAVIS, JR., | Case No.: 1:25-cv-00366-SKO
12                Plaintiff, | **ORDER DIRECTING CLERK OF THE COURT TO FILE COMPLAINT IN CASE NUMBER 25-cv-000283-BAM**
13        v.
14 CDCR, et al., | **ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR**
15                Defendants.
16

Plaintiff Eugene Allen Davis, Jr. is appearing pro se in this civil rights action. This action was opened on March 27, 2025. (Doc. 1.)

**I.    BACKGROUND AND DISCUSSION**

A complaint was filed in this action on March 27, 2025. (Doc. 1.)  On March 6, 2025, Plaintiff filed a nearly identical complaint in *Davis v. State of California*, Case No. 1:25-cv-00283-BAM. In that action, on March 7, 2025, Magistrate Judge Barbara A. McAuliffe issued an order striking Plaintiff's complaint as unsigned and directing Plaintiff to file a signed complaint within 30 days. (*See* 25-283 Docket, Doc. 6.) The instant action, Case No. 1:25-cv-00366-SKO, appears to be duplicative of the first action, and was opened in error following Plaintiff's filing of a signed complaint that did not bear a case number.

The Court will direct the Clerk of the Court to file the complaint in the *Davis v. State of California*, Case No. 1:25-cv-00283-BAM, action, and to correct this administrative error by

closing this incorrectly opened new case.

Plaintiff is informed that he should continue to respond to orders issued in *Davis v. State of California*, Case No. 1:25-cv-00283-BAM regarding the claims raised in his complaint and should refer to Case No. 1:25-cv-00283-BAM in all future filings. **Case No. 25-cv-00283 remains open at this time and is not otherwise affected by this order**. Plaintiff will *not* be charged the filing fee for this incorrectly opened case.

## II.     CONCLUSION AND ORDER

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is directed to file the complaint, filed March 27, 2025, in the action titled *Davis v. State of California*, Case No. 1:25-cv-00283-BAM;
2. All pending motions in this matter, if any, are terminated; and
3. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this action bearing Case No. 1:25-cv-00366-SKO.

IT IS SO ORDERED.

Dated:   **March 31, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE